THEODORE BIRKE, Respondent, v. HELD-FOSTER CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post,* p. 853.]

DOROTHY D. DI FRASSO, Respondent, v. FRED R. ANGEVINE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

SAMUEL ANZELOWITZ, an Infant, by JACOB ANZELOWITZ, His Guardian ad Litem, et al., Appellants, v. TEPOL REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

A. B. MADISON AVENUE CORPORATION, Landlord-Respondent, v. J. G. COMFORT COMPANY, Tenant-Respondents, and FLORIAN PAPP, INC., Tenant-Appellant.— Order affirmed, with $20 costs and disbursements to the landlord respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse and deny the motion on the ground that the landlord-respondent fails to show a change in circumstances.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNICE DICKENS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD M. MACKENNA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

HERBERT W. HAMLIN, Respondent, v. FRANCISCO VAGNONI et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

HELEN M. HORTON, as Administratrix of the Estate of LOUIS HORTON, Deceased, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [189 Misc. 395.] [See *post,* p. 877.]

GREAT HUDSON FUR CO., INC., Respondent, v. MAYER MESSINGER et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MURPHY CHEMICAL CORPORATION, Appellant, v. DANIEL M. MCKETRICK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [185 Misc. 868.]

AARON SIMON, Respondent, v. ARNOLD REUBEN, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

IRVING HOROWITZ, Doing Business as HONEST VALUE MERCHANDISE Co., Appellant, v. LOUIS LEVY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of KATHRYN D. REILLY, Deceased. WILLIAM T. NOLAN, as Administrator D. B. N. of the Estate of KATHRYN D. REILLY, Deceased, Respondent; JOHN J. DWYER, Appellant.— Decree, so far as appealed from, unanimously affirmed, with one bill of costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.